United States District Court
Middle District Of Tennessee
Nashville Division

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN
JAN 28 2008
BY_____
DEPUTY CLERK

Joe Strawther
Plaintiff Pro Se.

v.

Cherry Lindamood, et al.,
Defendants.

No. 1:07-0079
Haynes / Brown

## ORDER

This request is unopposed and is GRANTED. The Defendant shall produce the requested documents within 30 days of the entry of this order.

[signature]
4-8-08

## Request For Discovery

Plaintiff, Joe Strawther, requests under Rule 26(b)(1) that Counsel and Defendants Cherry Lindamood, Clyde Weaver, and Sean Brantley to respond within thirty (30) days to the following request:

1. That counsel produce and permit plaintiff to inspect and to copy each of the following documents in accordance with Rule 26(b)(1)(3).

2. The copys of medical treatment of incident on July 19, 2007 from the medical health of hand treatment to January 16, 2008.

3. The copys of the log books on incident on July 19, 2007 for HD Pod Skylab of second shift in relation to first shift incident.

4. The copys of CCA policy no. 9-111A, CCA policy no. 112A in relation to claims of body-harm to hand.

5. Defendants Sean Brantley state-