UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

JOE E. STRAWTHER             ]
                             ]
v.                           ]      No. 1-07-0079
                             ]      Judge Haynes
CHERRY LINDAMOOD, et al.     ]

O R D E R

In accordance with the Memorandum filed herewith, Defendants' motion for summary judgment (Docket Entry No. 20) is **GRANTED** as to Cherry Lindamood and Clyde Weaver and Sean Brantley in their official capacities, but is otherwise **DENIED** as to Plaintiff's claims against Clyde Weaver and Sean Brantley in their individual capacities.

It is so **ORDERED**.

ENTERED this the 25th day of January, 2009.

WILLIAM J. HAYNES, JR.
United States District Judge